IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD DAVIS                                                                                          PLAINTIFF

v.                                      CASE NO: 2:12CV00024 JTK

CAROLYN C. COLVIN, Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 9th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE